930 A.2d 1249

**Rodger A. FREED, Respondent,**

v.

**GEISINGER MEDICAL CENTER; and Healthsouth Corporation, formerly known as Healthsouth Rehabilitation Corporation, and Healthsouth of Nittany Valley, Inc., t/d/b/a Healthsouth Nittany Valley Rehabilitation Hospital, Petitioners.**

Supreme Court of Pennsylvania.

Aug. 2, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of August, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

By holding that a nurse is competent to render an opinion that a breach of the standard of care caused plaintiff's medical condition, did the Superior Court render a decision in direct conflict with *Flanagan v. Labe,* 547 Pa. 254, 690 A.2d 183 (1997), in which this Court held that a nurse is incompetent to render an opinion on causation in a medical malpractice action because it calls for a medical diagnosis which a nurse is statutorily prohibited from rendering?